IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

BRADLEY A. BENSENBERG, Executor of the Estate
of DONNA J. BENSENBERG

    Plaintiff,

vs.

FCA US LLC

    Defendant.

Case No. 4:17-cv-04213-SLD-JEH

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff BRADLEY A. BENSENBERG, Executor of the Estate of DONNA J. BENSENBERG, appeal to the United States Court of Appeal for the Seventh Circuit from the Order ("Order") (1) Granting In Part And Moot In Part FCA US LLC's Daubert Motion To Bar Testimony (2) Denying FCA US LLC's Motion To Strike Declarations Of Plaintiff's Liability Expert; (3) Granting FCA US LLC's Motion For Summary Judgment; And (4) Granting In Part And Denying In Part FCA US LLC's Motion To Strike Plaintiff's Declaration (Doc. 60); and the November 30, 2020 Judgment ("Judgment") (Doc. 61) entered in favor of Defendants.

    I, <u>CHARLES A. BONNER</u>, do hereby appeal the decision of this Court entered on November 30, 2020.

DATED:  December 11, 2020                RESPECTFULLY SUBMITTED,

                                   By:   */s/ CHARLES A. BONNER*
                                             CHARLES A. BONNER
                                             475 GATE FIVE RD., SUITE 211
                                             SAUSALITO, CA 94965

## CERTIFICATE OF SERVICE

I, CHARLES A. BONNER, am an attorney with the Law Offices of Bonner & Bonner, counsel of record for Plaintiffs in this action. I certify that on December 11, 2020, I caused the attached document to be served via this Court's Electronic Filing System on counsel for Defendants FCA US LLC, who are registered users of that system.

DATED: December 11, 2020

BY:   */s/ CHARLES A. BONNER*
  CHARLES A. BONNER
  ATTORNEY FOR PLAINTIFFS