**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| **BRADLEY A. BENSENBERG,** )<br>**Executor of the Estate of DONNA J.** )<br>**BENSENBERG,** )<br>  )<br>     **Plaintiff,** )<br>  )<br>  v. )<br>  )<br>**FCA US LLC,** )<br>  )<br>     **Defendant.** ) | No. 4:17-cv-04213-SLD-JEH |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bradley A. Bensenberg, as Executor of the Estate of Donna J. Bensenberg, and Defendant FCA US LLC hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own fees and costs.

Dated: July 19, 2023

**STIPULATED AND AGREED BY:**

/s/ Charles A. Bonner (with permission)
Charles A. Bonner (*pro hac vice*)
LAW OFFICES OF BONNER & BONNER
475 Gate Five Rd., Ste. 212
Sausalito, CA 94965
Cbonner799@aol.com

*Attorneys for Plaintiff Bradley A. Bensenberg*

/s/ Amy Bice Larson
Amy Bice Larson (*pro hac vice*)
BUSH SEYFERTH PLLC
5810 Wilson Rd., Ste. 125
Humble, TX 77396
larson@bsplaw.com

Brian W. Bell
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Ste. 330
Chicago, IL 60611
bbell@smbtrials.com

*Attorneys for Defendant FCA US LLC*